| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| Quinton Arthur Williams, | Case No.: 2:18-cv-01749-JAD-NJK |
| Petitioner | **Order Dismissing Action** |
| v. | ECF No. 1 |
| Sheriff Joe Lombardo, et. al., | |
| Respondents | |

This action is a petition for a writ of habeas corpus by Quinton Arthur Williams, who is apparently incarcerated at the Clark County Detention Center. Williams submitted his habeas petition[1] and an application to proceed *in forma pauperis*[2] for filing on September 10, 2018. He did not pay the $5 filing fee and, while he did submit an application to proceed *in forma pauperis*, it is not on the proper form or supported by a financial certificate as this court's local rules require.[3]

Williams's habeas petition also was not prepared on the form approved by the court, and it is incomplete and plainly without merit.[4] For these reasons, this case will be summarily dismissed without prejudice to Williams's ability initiating a new habeas corpus action in this court. If Williams wishes to initiate a habeas corpus action in this court, he must (1) submit a fully completed petition for writ of habeas corpus on a correct form, and (2) either (a) pay the correct filing fee ($5) or (b) submit a fully completed application to proceed *in forma pauperis* on the court-required form.

---

[1] ECF No. 1-1.
[2] ECF No. 1.
[3] *See* LSR 1-1, 1-2.
[4] *See* LSR 3-1.

IT IS THEREFORE ORDERED that **this action is DISMISSED** without prejudice, and the Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY**. A **certificate of appealability is DENIED** because jurists of reason would not find debatable whether the court is correct in dismissing this action;

IT IS FURTHER ORDERED that **the Clerk of the Court is directed to:**

- **SEND** to the petitioner, along with a copy of this order, two copies of the form for a petition for a writ of habeas corpus, and two copies of the form for an application to proceed *in forma pauperis* for a prisoner, and any available instructions regarding those forms;
- **ADD** Adam Paul Laxalt, Attorney General of the State of Nevada, to the docket for this case, as counsel for the Respondents; and
- **SERVE** the Respondents with a copy of the habeas petition (ECF No. 1-1) and a copy of this order. Respondents need take no action with respect to this case.

Dated: September 13, 2018

_____
U.S. District Judge Jennifer A. Dorsey